IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No. 13-cv-00437-RM-KMT

STEELSTRIKE LEATHER PRODUCTS, INC., a Colorado corporation,

    Plaintiff,

v.

UNITED LEATHER USA, LLC, a Texas limited liability company, doing business as UNITED LEATHER USA, INC.;
JUAN LEON, an individual;
LENORE AYESSE, doing business as DESERT DIGS FINE FURNISHINGS;
TERRY AYESSE, doing business as DESERT DIGS FINE FURNISHINGS;
ROBERT JOHN, INC., a dissolved Arizona corporation; and
DESERT DIGS FURNITURE, INC., a Texas corporation, doing business as DESERT DIGS FINE FURNISHINGS,

    Defendants.

---

### ORDER OF DISMISSAL OF AYESSE DEFENDANTS WITH PREJUDICE
---

THIS MATTER is before the Court on the Unopposed Motion for Dismissal of All Claims, Defenses and Counterclaims ("Motion for Dismissal") (ECF No. 71) between Plaintiff SteelStrike Leather Products, Inc. ("SteelStrike") and Defendants Lenore Ayesse and Terry Ayesse doing business as Desert Digs Fine Furnishings, Robert John, Inc. and Desert Digs Furniture, Inc., doing business as Desert Digs Fine Furnishings (collectively "Ayesse Defendants"). Upon consideration of the Motion for Dismissal, and being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion for Dismissal (ECF No. 71) is GRANTED. All claims, counterclaims and affirmative defenses asserted by SteelStrike and the Ayesse Defendants against each other in this action are dismissed, with prejudice, with each party to bear its own attorney's fees and costs;

IT IS FURTHER ORDERED that all remaining claims between SteelStrike and Defendants United Leather USA, LLC and Juan Leon are not affected by the dismissal of the Ayesse Defendants and will continue as currently before the Court; and

IT IS FURTHER ORDERED that the caption is amended to reflect the dismissal of the Ayesse Defendants and their names shall be removed in all subsequent filings in this matter.

DATED this 12th day of February, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge